IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DETRICH D. BATTLE,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 5:22-cv-00137-CHW |
| **COMMISSIONER OF SOCIAL SECURITY** | : |
| **Defendant.** | : Social Security Appeal |

## ORDER

*Pro se* Plaintiff Detrich Battle seeks the appointment of counsel to represent him in this Social Security Appeal and an extension of time to file his brief. (Doc. 8). No right to counsel exists in a civil case. *Wahl v McIver*, 773 F.2d 1169, 1174 (11th Cir. 1986). Rather, the appointment of counsel is a privilege justified only by exceptional circumstances. *Id.* In deciding whether legal counsel should be appointed, the Court considers, among other factors, the merits of Plaintiff's claims and the complexity of the issues presented. *Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989).[1]

In accordance with *Holt*, and upon a review of the record in this case, the Court notes that Plaintiff has set forth the essential factual allegations underlying his claims, he appears to understand the basic process of a social security appeal, and the applicable legal doctrines are

---

[1] The federal *in forma pauperis* statute authorizes courts to "request an attorney to represent any person unable to afford counsel," 28 U.S.C. § 1915(e)(1). The statute does not, however, provide any funding to pay attorneys for their representation or authorize courts to compel attorneys to represent an indigent party in a civil case. *See* Mallard v. U.S. Dist. Ct. for Southern Dist. Of Iowa, 490 U.S. 296 (1989).

readily apparent. As such, Plaintiff's request for appointment of counsel is **DENIED**. Should it later become apparent that legal assistance is required to avoid prejudice to Plaintiff's rights, then the Court, **on its own motion**, will consider assisting Plaintiff in securing legal counsel at that time.

Plaintiff's request for extension of time to file his brief is **GRANTED**. Plaintiff's brief is due or before <u>July 29, 2022</u>.

**SO ORDERED**, this 27th day of June, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge