IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| D.D.B., | : |
|       **Plaintiff,** | : |
| v. | : Case No. 5:22-cv-00137-CHW |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|       **Defendant.** | : Proceedings Under 42 U.S.C. § 1983 |
| | : Before the U.S. Magistrate Judge |

## ORDER

*Pro se* Plaintiff D.D.B. again seeks the appointment of counsel to represent him in this Social Security Appeal. (Doc. 13). The Court denied Plaintiff's first request and explained that no right to counsel exists in a civil case. (Doc. 9). Plaintiff has not demonstrated that appointment of counsel is necessary in this case. For reasons explained in the order denying Plaintiff's previous motion, Plaintiff's motion for the appointment of counsel (Doc. 13) is **DENIED**.

Plaintiff is reminded that should it later become apparent that legal assistance is required to avoid prejudice to Plaintiff's rights, then the Court, **on its own motion**, will consider assisting Plaintiff in securing legal counsel at that time.

**SO ORDERED**, this 27th day of March, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge