IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DETRICH BATTLE, | * |
| Plaintiff, | * |
| v. | Case No.   5:22-cv-00137-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **JUDGMENT**

Pursuant to this Court's Order dated August 22, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 23rd day of August, 2023.

.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk